John J. Talton, Chapter 13 Trustee        Check No. 816685

Pay to: CLERK  Clerk of the Court

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20354 | 004-0 | LEONARD LEE BANKS<br>Original Check written to:<br>MORRIS CAD<br>C/O LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX 75201-2691 | xxx9263 | 0.00 | 537.18 | 0.00 | 537.18 |
| 05-61187 | 008-0 | WINDELL RAY SLATON<br>Original Check written to:<br>HOME EQUITY SERVICING CORPORATION<br>AIM CASH/MAIL CODE M05334<br>4837 WATT AVE #100<br>NORTH HIGHLANDS, CA 95660 | xxxxx8629 | 0.00 | 660.84 | 0.00 | 660.84 |
| 05-61311 | 006-0 | DARRYL L FOSTER<br>Original Check written to:<br>CHAPEL HILL ISD<br>2323 BRYAN ST #1600<br>DALLAS, TX 75201 | xxxxxxxxxxxxxx2050 | 0.00 | 858.49 | 0.00 | 858.49 |
| 05-61712 | 009-0 | EARNEST GENE WILLIAMS<br>Original Check written to:<br>RUSK COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201 | a | 0.00 | 30.70 | 0.00 | 30.70 |
| 05-62385 | 003-0 | RICKEY C MILLER<br>Original Check written to:<br>COLLECTION SERVICE DIVISION<br>411 W FRONT ST<br>TYLER, TX 75702 | xxxxxxx8370 | 0.00 | 165.07 | 1.38 | 166.45 |
| 06-20006 | 002-0 | TAMMY L MILLER<br>Original Check written to:<br>HARRISON CAD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | xxxxxxxxxxxxxxxxxxx-000 | 0.00 | 320.82 | 59.93 | 380.75 |
| 06-20006 | 006-0 | TAMMY L MILLER<br>Original Check written to:<br>HARRISON COUNTY<br>C/O MCCREARY ET AL<br>PO BOX 1269<br>ROUND ROCK, TX 78680- | xxxxxxxxxxxxxxxxxxx-000 | 0.00 | 83.27 | 17.94 | 101.21 |